UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07CR 732 |
| | ) | |
| v. | ) | |
| | ) | MARIA VALDEZ |
| MARY GURIN | ) | United States Magistrate Judge |
| | ) | |
| | ) | **UNDER SEAL** |

FILED
NOV 06 2007
NOV 06 2007
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

**GOVERNMENT'S MOTION TO SEAL
COMPLAINT, AFFIDAVIT, ARREST WARRANT**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this Court seal the criminal Complaint, Affidavit, and Arrest Warrant in this matter.

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the Arrest Warrant can be executed could alert the defendant and other subjects and compromise an ongoing investigation by creating risk that evidence will be destroyed or participants in the criminal conduct will flee to avoid prosecution. For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until January 31, 2008, or until the execution of the Arrest Warrant, whichever comes first. The government requests, however, that law enforcement be allowed to enter the arrest warrant in appropriate databases.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
SHARON R. FAIRLEY
Assistant U.S. Attorney
219 South Dearborn, 5th Floor
Chicago, Illinois 60604
(312) 353-0951