# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 | **DATE** | 11/7/2007 |
| **CASE TITLE** | USA vs. Mary Gurin | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 11/7/07 as to Mary Gurin. Government's oral motion to unseal complaint, affidavit, and arrest warrant is granted. Defendant appears in response to the arrest on 11/7/07. Defendant informed of her rights. Andrea E. Gambino's oral motion for leave to file appearance on behalf of defendant is granted. Government and defendant agree to certain conditions of release. Defendant shall be relase from custody pursuant to the conditions of release. Defendant is ordred to appear for status on bond conditions at 11/9/07 at 4:30 p.m. Preliminary examination set for 11/14/07 at 10:00 a.m.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | yp |
|---|---|---|