U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 CR 732
UNITED STATES V. MARY GURIN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR
MARY GURIN

FILED
NOV - 7 2007
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
| --- |
| ANDREA E. GAMBINO |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ ANDREA E. GAMBINO |

| FIRM |
| --- |
| LAW OFFICES OF ANDREA E. GAMBINO |

| STREET ADDRESS |
| --- |
| 53 W. JACKSON BLVD., SUITE 926 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, ILLINOIS 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6224983 | 312-322-0014 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ✓    APPOINTED COUNSEL ☐ |