Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Maria Gurin | | |

**DOCKET ENTRY TEXT**

Bond hearing held 11/9/07 as to Maria Gurin. Barry S. Pechter's oral motion for leave to file additional appearance is granted. Defendant having met the conditions of release and shall post bond forthwith.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | yp |
|---|---|---|