UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**KC** FILED
NOV 09 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| MARY GURIN ) | |
| ) No. 07 CR 732-1 | |
| ) Magistrate Judge Maria Valdez | |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on November 7, 2007, and for and in consideration of bond being set by the Court for defendant MARY GURIN in the amount of $250,000, being fully secured by real property, **WALTER W. LICHT, Jr. AND NANCY A. LICHT (husband and wife) and GRANTOR(S)** hereby warrant and agree:

1. WALTER W. LICHT, Jr. AND NANCY A. LICHT warrant that they are the sole record owners and titleholders of the real property located at 56 West Streamwood Boulevard, Streamwood, Illinois, and described legally as follows:

> LOT 14 IN HILL TOP BEING A SUBDIVISION OF PART OF SECTION 22 AND 23, TOWNSHIP 41 NORTH, RANGE 9 EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

> P.I.N: 06-22-404-008-0000

WALTER W. LICHT, Jr. AND NANCY A. LICHT warrant that there is no outstanding mortgage against the subject property and that their equitable interest in the real property approximately equals at least $250,000.

2. WALTER W. LICHT, Jr. AND NANCY A. LICHT agree $250,000 of their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant MARY GURIN fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. WALTER W. LICHT, Jr. AND NANCY A. LICHT further understand and agree that, if the defendant MARY GURIN should violate any condition of the Court's release order, and their equity in the property is less than $250,000 they will be liable to pay any negative difference between the bond amount of $250,000 and their equitable interest in the property, and WALTER W. LICHT, Jr. AND NANCY A. LICHT hereby agree to the entry of a default judgment against them for the amount of any such difference. WALTER W. LICHT, Jr. AND NANCY A. LICHT have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. WALTER W. LICHT, Jr. AND NANCY A. LICHT further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. WALTER W. LICHT, Jr. AND NANCY A. LICHT understand that should defendant MARY GURIN fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest

in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. WALTER W. LICHT, Jr. AND NANCY A. LICHT further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court.

5. WALTER W. LICHT, Jr. AND NANCY A. LICHT further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant MARY GURIN they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. WALTER W. LICHT, Jr. AND NANCY A. LICHT agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. WALTER W. LICHT, Jr. AND NANCY A. LICHT hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 11-9-07

WALTER W. LICHT, Jr.
Surety/Grantor

Date: 11/9/7

NANCY A. LICHT
Surety/Grantor

Date: 11-9-07

Witness

**Return to:**
A. Bissell
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604