# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Mary Gurin

Defendant.

Case No.: 1:07−cr−00732
Honorable Maria Valdez

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2007:

MINUTE entry before Judge Maria Valdez : At the telephonic request of counsel, Preliminary examination set for 11/14/07 is reset for 11/15/07 at 11:30 a.m. before Magistrate Judge Maria Valdez. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.