# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

MARY GURIN

**UNDER SEAL**

**WARRANT FOR ARREST**

CASE NUMBER: **07CR 732**

FILED
November 16, 2007
NOV 15 2007
November 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____MARY GURIN____
                                                Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment   __Information   XX Complaint   __Order of court   __Violation Notice   __Probation Violation Petition

charging him or her with  (brief description of offense)

### Count One

Beginning on or about August 15, 2007 and continuing to October 16, 2007, at Chicago, in the __Northern__ District of __Illinois__, __Eastern Division__, defendant:

did, for the purpose of commercial advantage and private financial gain, conceal, harbor, and shield from detection illegal aliens, knowing and in reckless disregard of the fact that such aliens had come to, entered, and remained in the United States in violation of law;

in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii);

### Count Two

On or about __June 13, 2007__, at Chicago, in the __Northern__ District of __Illinois__, __Eastern Division__, defendant:

did falsely represent, with an intent to deceive, a number to be the social security account number assigned to another by the Commissioner of Social Security, when in fact such number was not the social security account number assigned to that person by the Commissioner of Social Security;

in violation of Title 42, United States Code, Section 408(a)(7)(B).

---

MARIA VALDEZ
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

NOV. 6, 2007, Chicago, IL
Date and Location

(By) Deputy Clerk

Bail fixed at $ _____    by _____
                                    Name of Judicial Officer