Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 732 | DATE | 11/16/2007 |
| CASE TITLE | USA vs. Mary Gurin | | |

**DOCKET ENTRY TEXT**

Enter Order. The Court having held a preliminary examination in this matter, finds that probable cause exists to hold the defendant to answer in the District Court for further proceedings.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|