# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 732 | DATE | 11/15/2007 |
| CASE TITLE | USA vs. Mary Gurin | | |

**DOCKET ENTRY TEXT**

Preliminary Examination hearing held on 11/15/2007 as to Mary Gurin. James I. Stepanek's oral motion for leave to file additional appearance is granted. Witness testimony taken in open court. Court will take this matter under advisement and will rule by mail.

Docketing to mail notices.

01:00 Evid hrg

| | Courtroom Deputy Initials: | yp |
|---|---|---|