UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 07 CR 732 |
| MARY GURIN, | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO: Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Tuesday, December 4, 2007, I caused to be filed with the Clerk of the Untied States District Court, Northern District of Illinois, Eastern Division, the attached Defendant's Appearance.

## PROOF OF SERVICE

I, **David J. Peilet**, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on December 5, 2007, hand delivered a copy of the above and foregoing Defendant's Appearance on the person(s) shown above.

_____
David J. Peilet
Attorney at Law
53 West Jackson Blvd.;Suite 1410
Chicago, Illinois   60604
(312) 322 - 0009
ARDC # 6198458