UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | 07 CR 732 |
| MARY GURIN, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF FILING

TO:   Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Tuesday, December 4, 2007, I caused to be filed with the Clerk of the Untied States District Court, Northern District of Illinois, Eastern Division, the attached Defendant's Appearance.

**PROOF OF SERVICE**

I, **Richard M. Beuke**, an attorney, certify under penalties of perjury as approved by law pursuant to Ill.Rev.Stat.Ch.110, par.1-109, that on December 5, 2007, hand delivered a copy of the above and foregoing Defendant's Appearance on the person(s) shown above.

_____
**Richard M. Beuke**
Attorney at Law
53 West Jackson Blvd.;Suite 1410
Chicago, Illinois   60604
(312) 427-3050
ARDC # 3126841
