FILED
DEC - 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE VALDEZ

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   07 CR 732 |
| v. ) | |
| ) | Violations: Title 8, United States Code, |
| MARY GURIN, and ) | Sections 1324(a)(1)(A)(iii) and |
| NORINYE BENITEZ ) | 1324(a)(1)(B)(i); Title 18, United States |
| ) | Code, Section 1001; and Title 42, |
| ) | United States Code, Section 408(a)(7)(B). |

## COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

Beginning in or about August 2007, and continuing until on or about October 26, 2007, at Bensenville, in the Northern District of Illinois, Eastern Division, and elsewhere,

MARY GURIN,

defendant herein, knowingly and in reckless disregard of the fact that Individual A had come to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield Individual A from detection through employment by Ideal Staffing Solutions, for the purpose of commercial advantage and private financial gain;

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324 (a)(1)(B)(i).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. At times material to this indictment:

   a. The Department of Homeland Security Transportation Security Administration ("TSA") identified and recognized the City of Chicago Department of Aviation ("CDA") as the operator of Chicago O'Hare International Airport ("O'Hare Airport").

   b. The CDA had the responsibility and the authority to enact and enforce safety and security policies and procedures to protect and ensure the safe operation of O'Hare Airport and surrounding airport areas.

   c. The CDA required that individuals who wished to work in secure areas of O'Hare Airport apply for a security ID badge by completing a CDA "O'Hare International Airport Access Control Photo ID and Fingerprint Application." The application required, among other things, the individual to supply accurate and truthful identifying information such as the individual's Social Security number, date of birth, and residential address.

   d. Social Security Number XXX-XX-6291 was assigned by the Commissioner of Social Security to an individual other than defendant NORINYE BENITEZ.

2. On or about October 18, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORINYE BENITEZ,

defendant herein, with the intent to deceive, and for the purpose of obtaining something of value, namely, an O'Hare Airport security ID badge, falsely represented on a CDA O'Hare International Airport Access Control Photo ID and Fingerprint Application that the Social Security number on the Application, namely, SSN XXX-XX-6291, had been issued to her by the Commissioner of Social

Security, when, in fact, such number had not been so issued to her;

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 18, 2006, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

NORINYE BENITEZ,

defendant herein, in a matter within the jurisdiction of the Department of Homeland Security, an agency of the United States, knowingly and willfully did make and use, and cause to be made and used, a materially false document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries, namely, a "City of Chicago Department of Aviation–O'Hare International Airport Access Control Photo ID Badge and Fingerprint Application," which falsely represented that a certain Social Security number was assigned to her by the Commissioner of Social Security when, in fact, that number had not been so assigned;

In violation of Title 18, United States Code, Section 1001.

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Paragraph One of Count Two are realleged as though fully set forth herein.

2. On or about June 13, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### NORINYE BENITEZ,

defendant herein, with the intent to deceive, and for the purpose of obtaining something of value, namely, an O'Hare Airport security ID badge, falsely represented on a CDA O'Hare International Airport Access Control Photo ID and Fingerprint Application that the Social Security number on the Application, namely, SSN XXX-XX-6291, had been issued to her by the Commissioner of Social Security, when, in fact, such number had not been so issued to her:

In violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT FIVE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about June 13, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

### NORINYE BENITEZ,

defendant herein, in a matter within the jurisdiction of the Department of Homeland Security, an agency of the United States, knowingly and willfully did make and use, and cause to be made and used, a materially false document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries, namely, a "City of Chicago Department of Aviation–O'Hare International Airport Access Control Photo ID Badge and Fingerprint Application," which falsely represented that a certain Social Security number was assigned to her by the Commissioner of Social Security when, in fact, that number had not been so assigned;

In violation of Title 18, United States Code, Section 1001.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY