UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **UNITED STATES v. MARY GURIN 07 CR 732**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? NO X YES ☐ If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? NO X YES ☐ If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   **FELONY X**      MISDEMEANOR

7) Does this indictment or information involve eight or more defendants?   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)        ☐ Income Tax Fraud ....... (II)       ☐ DAPCA Controlled Substances (III)
   ☐ Criminal Antitrust ..... (II)       ☐ Postal Fraud ........... (II)       ☐ Miscellaneous General Offenses (IV)
   ☐ Bank robbery .......... (II)        ☐ Other Fraud ........... (III)       **X Immigration Laws ..... (IV)**
   ☐ Post Office Robbery .... (II)       ☐ Auto Theft ............ (IV)        ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Other Robbery ......... (II)        ☐ Transporting Forged Securities (III) ☐ Food & Drug Laws ....... (IV)
   ☐ Assault ............. (III)         ☐ Forgery .............. (III)        ☐ Motor Carrier Act ..... (IV)
   ☐ Burglary ............ (IV)          ☐ Counterfeiting ........ (III)       ☐ Selective Service Act .. (IV)
   ☐ Larceny and Theft ..... (IV)        ☐ Sex Offenses .......... (II)        ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement ... (IV)        ☐ DAPCA Marijuana ...... (III)        ☐ Other Federal Statutes .. (III)
   ☐ Other Embezzlement ... (III)        ☐ DAPCA Narcotics ...... (III)        ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    8 U.S.C. § 1324(a)(1)(A)(iii)          8 U.S.C. § 1324(a)(1)(B)(i)
    18 U.S.C. § 1001                       42 U.S.C. § 408(a)(7)(B)

FILED
DEC - 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SHARON R. FAIRLEY
Assistant United States Attorney