Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE VALDEZ** |
|---|---|---|---|
| CASE NUMBER | 07 CR 0732 | DATE | DECEMBER 5, 2007 |
| CASE TITLE | US v. MARY GURIN & NORINYE BENITEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Nan R. Nolan_

**Docket Entry:**

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE IN 07 CR 0732 AS TO MARY GURIN. BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE 07 CR 0731 AS TO NORINYE BENITEZ.

**FILED**
DEC - 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials / Date/time received in Central Clerk's office

Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials / DOCKET#