# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                    Case No.: 1:07−cr−00732

                                    Honorable James B. Moran

Mary Gurin, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

      MINUTE entry before Judge James B. Moran as to Mary Gurin & Norinye Benitez:Briefing schedule is amended as follows: 16.1(a) conference to be held by 1/3/2008. Pretrial motions to be filed by 1/17/2008. Government's answer to pretrial motions to be filed by 1/24/2008. Reply to answer to be filed by 1/31/2008. Status hearing set for 2/21/2008 at 9:15 a.m. to stand. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 12/13/2007 and ending on 2/21/2008 as to Mary Gurin and Norinye Benitez. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.