## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 1,2 | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. MARY GURIN & NORINYE BENITEZ | | |

**DOCKET ENTRY TEXT**

Courts order dated 12/18/2007 is vacated. Corrected order is as follows: Briefing schedule is amended: 16.1(a) conference to be held by 1/22/2008. Pretrial motions to be filed by 2/5/2008. Government's answer to pretrial motions to be filed by 2/12/2008. Reply to answer to be filed by 2/19/2008. Status hearing set for 2/21/2008 to stand. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 12/13/2007 and ending on 2/21/2008 as to Mary Gurin and Norinye Benitez. (X-T)

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|