UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 732 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Moran |
| MARY GURIN | ) | |

## MOTION FOR MATERIAL WITNESS WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court to issue a material witness warrant, pursuant to Title 18, United States Code, Section 3144, for a material witness in the prosecution of defendant Mary Gurin's violation of Title 8, United States Code, Section 1324. In support of this motion, the government incorporates the attached affidavit of Assistant United States Attorney Sharon R. Fairley.  A proposed material witness warrant is also attached to this motion.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
(312) 353-0951

Dated: January 3, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 732 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Moran |
| MARY GURIN | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that, on January 3, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION FOR MATERIAL WITNESS WARRANT**

was served pursuant to the district court's ECF system as to all ECF filers, and by first-class mail to non-ECF filers, if any.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604
(312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 732 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Moran |
| MARY GURIN | ) | |

## WARRANT FOR ARREST OF WITNESS

To:    United States Marshal or any other duly authorized law enforcement officer

You are hereby commanded to arrest CESAR SANTIZO-GARCIA, also known as Cesar Garcia Lopez (DOB September 17, 1962, A#98282440) and to bring said individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

You are further commanded to detain the individual in your custody until said individual is discharged by the Court.

Upon order of the Honorable James B. Moran, United States District Judge, Northern District of Illinois, this ___ day of January, 2008.

_____
Clerk