| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

### AFFIDAVIT

Sharon R. Fairley, Assistant United States Attorney, being duly sworn, deposes and states as follows:

1. I am the Assistant United States Attorney who is assigned to *United States v. Gurin*, No. 07 CR 732. This affidavit is submitted in support of the government's request that this Court issue a material witness warrant for Cesar Santizo-Garcia.

2. Defendant Mary Gurin was indicted on December 5, 2007. The indictment alleges that, the defendant, knowingly and in reckless disregard of the fact that Individual A had entered and remained in the United States in violation of law, did conceal, harbor, and shield Individual A from detection through employment by Ideal Staffing Solutions for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

3. The defendant was arraigned on December 13, 2007.

4. There is an individual who is currently in the administrative custody of the Department of Homeland Security, Immigrations and Customs Enforcement, and is subject to imminent deportation. However, this individual has information material to the prosecution of the defendant, and therefore, a material witness warrant should be issued in his name: Cesar Santizo-Garcia.

5. The government seeks to have the aforementioned individual transferred to the custody of the U.S. Marshals Service in order to preserve the parties' opportunity to take depositions of this individual. *See* Fed. R. Crim. Pro. 15. Accordingly, the government suggests that a status hearing be set for 30 days from the date the warrant is issued, at which time the continued detention

of this individual can be further evaluated.

_____
SHARON R. FAIRLEY
Assistant United States Attorney

SUBSCRIBED AND SWORN TO BEFORE ME

this __3rd__ day of __January__, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Gloria M. Reveron-Kelly
Notary Public, State of Illinois
My Commission Exp. 08/11/2009