IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  07 CR 732 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Moran |
| MARY GURIN, | ) | |

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that on January 9, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge James B. Moran in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present:

**GOVERNMENT'S MOTION FOR MATERIAL WITNESS WARRANT**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois  60604
(312) 353-0951

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 732 |
| | ) | |
| v. | ) | |
| | ) | Judge James B. Moran |
| MARY GURIN, | ) | |

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, L.R. 5.5 and the General Order on Electronic Case Filing (ECF), the **Notice of Motion**, was served pursuant to the district court's ECF system as to ECF filers, and that such filing will give notice to all parties.

By: /s/ Sharon R. Fairley
SHARON R. FAIRLEY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-0951