# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | Milton I. Shadur |
|---|---|---|---|
| CASE NUMBER | 07 CR 732 | DATE | 1/9/2008 |
| CASE TITLE | USA vs. Mary Gurin | | |

**DOCKET ENTRY TEXT**

Government's motion for a material witness warrant is granted. (33-1) Enter Order for Issuance of Material Witness Warrant. A material witness warrant is to issue as to Cesar Santizo-Garcia.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|