

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 07 CR 732 |
| v.                                          ) | Judge Milton I. Shadur |
| ) | |
| MARY GURIN                        ) | |

ORDER FOR ISSUANCE OF MATERIAL WITNESS WARRANT

This matter having come before the court pursuant to the government's motion for issuance of a material witness warrant, under Title 18, United States Code, Section 3144, the Court hereby finds:

1. Defendant Mary Gurin was indicted on December 5, 2007. The indictment alleges that, the defendant, knowingly and in reckless disregard of the fact that Individual A had entered and remained in the United States in violation of law, did conceal, harbor, and shield Individual A from detection through employment by Ideal Staffing Solutions for the purpose of private financial gain, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i).

2. The defendant was arraigned on December 13, 2007.

3. Cesar Santizo-Garcia, also known as Cesar Garcia Lopez (DOB S        2, A#98282440), is an individual who is currently in the administrative custody of the Department of Homeland Security, Immigrations and Customs Enforcement, and who has information material to the prosecution of the defendant. However, Cesar Santizo-Garcia is subject to imminent deportation.

4. On January 3, 2008, the government filed a Motion for Material Arrest Warrant seeking to have Cesar Santizo-Garcia transferred to the custody of the U.S. Marshals Service in order

to preserve the parties' opportunity to take depositions of this individual pursuant to Fed. R. Crim. Pro. 15.

5. Based on the aforementioned facts, this Court finds that it has become impracticable to secure the above named individual's presence in proceedings related to this matter by subpoena..

IT IS HEREBY ORDERED, that the United States Marshal or any authorized United States Officer is hereby commanded to arrest and bring the above named individual forthwith before this Court, as a material witness, it having become impracticable to secure the individual's presence by subpoena.

ENTER:

_____
Milton I. Shadur
United States District Court Judge

Dated: Jan 9, 2008

2