# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James B. Moran | **Sitting Judge if Other than Assigned Judge** | Milton I. Shadur |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 | **DATE** | 1/10/2008 |
| **CASE TITLE** |  | USA vs. Gurin | |

**DOCKET ENTRY TEXT**

Initial appearance held on material witness Cesar Santizo-Garcia. Bond set at $10,000 own recognizance. Material witness advised of conditions and released.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|