AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court
Northern District of Illinois
Eastern Division

| United States of America | WARRANT FOR ARREST |
|---|---|
| v. | |
| Cesar Santizo-Garcia (Material Witness) | Case Number: 07cr732 |

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Cesar Santizo-Garcia** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment    Information    Complaint    (X) Order of court    Violation Notice    Probation    Violation Petition

charging him or her with:   A material witness warrant is to issue as to Cesar Santizo-Garcia pursuant to court order dated 1/9/2008.

in violation of Title United States Code, Section(s)

Ellenore Duff Issuing Officer; Deputy Clerk

_Ellenore Duff_ (signature)    1/10/2008; Chicago, IL
Signature of Issuing Officer

Bail fixed at $

_____, Judicial Officer

FILED
JAN 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| 1/10/08 | DUSM M. Gregoline | /s/ |
|---|---|---|
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
| 1/10/08 | | |
| Date of Arrest | | |