## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                  Plaintiff,

v.                                          Case No.: 1:07−cr−00732
                                                Honorable James B. Moran

Mary Gurin, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2008:

      MINUTE entry before Judge Milton I. Shadur : The conditions of release for material witness Cesar Santiza−Garcia is amended to reflect that he is permitted to leave his residence while on electronic monitoring between the hours of 6:00 a.m. and 10:00 p.m. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.