*MAGISTRATE JUDGE VALDEZ*
*JUDGE MORAN*
*07cr732*
*Felony JN JR*

**FILED**
MAR 19 2008
MAr 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?　NO ☐　YES **X**　If the answer is "Yes", list the case number and title of the earliest filed complaint:
07 CR 732　United States v. Mary Gurin, et al　*Valdez*

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO ☐　YES **X**　If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
07 CR 732　　　United States v. Mary Gurin　　Judge James Moran

3) Is this a re-filing of a previously dismissed indictment or information?　　　　NO **X**　YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO **X**　YES ☐　If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?　　NO **X**　YES ☐

6) What level of offense is this indictment or information?　　　　FELONY **X**　MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?　　　　NO **X**　YES ☐

8) Does this indictment or information include a conspiracy count?　　　　NO ☐　YES **X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ............. (II) | ☐ Income Tax Fraud ......... (II) | ☐ DAPCA Controlled Substances ... (III) |
| ☐ Criminal Antitrust ....... (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses ... (IV) |
| ☐ Bank robbery ......... (II) | ☐ Other Fraud ............ (III) | **X** Immigration Laws ........... (IV) |
| ☐ Post Office Robbery .... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ... (IV) |
| ☐ Other Robbery ........ (II) | ☐ Transporting Forged Securities . (III) | ☐ Food & Drug Laws .......... (IV) |
| ☐ Assault .............. (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act .......... (IV) |
| ☐ Burglary ............ (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ......... (IV) |
| ☐ Larceny and Theft ..... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
| ☐ Postal Embezzlement .... (IV) | ☐ DAPCA Marijuana ........ (III) | ☐ Other Federal Statutes ........ (III) |
| ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ......... (III) | ☐ Transfer of Probation Jurisdiction . (V) |

10) List the statute of each of the offenses charged in the indictment or information.
　8 U.S.C. § 1324(a)(1)(A)(v)(I)　　18 U.S.C. § 2 and 1001
　8 U.S.C. § 1324(a)(1)(A)(iii)　　42 U.S.C. § 408(a)(7)(B)
　8 U.S.C. § 1324(a)(1)(B)(I)

SHARON R. FAIRLEY
Assistant United States Attorney

(Revised 12/99)