Minute Order Form (rev. 4/99)

07 GJ 500

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE MORAN** | Sitting Judge if Other Than Assigned Judge | **MAGISTRATE JUDGE VALDEZ** |
|---|---|---|---|
| CASE NUMBER | 07 CR 0732 | DATE | MARCH 19, 2008 |
| CASE TITLE | US v. MARY GURIN & NORINYE BENITEZ | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

BOND SET IN 07 CR 732 TO STAND AS BOND IN THIS INSTANCE AS TO BOTH DEFENDANTS.

**RECEIVED**

MAR 19 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                  UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#