## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 732 - 1 | **DATE** | 5/1/2008 |
| **CASE TITLE** | USA vs. MARY GURIN | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts of the superseding indictment. Pretrial motions to be filed by 6/6/2008. Government's answer to pretrial motions to be filed by 6/20/2008. Reply to answer to be filed by 6/27/2008. Status hearing is set for 7/10/2008 at 9:15 a.m. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 5/1/2008 and ending on 7/10/2008.

(X-T)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LG |
|---|---|---|