IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. 07 CR 732-1 |
| vs. | ) Honorable James B. Moran |
| | ) |
| MARY GURIN, | ) |
| | ) |

## MOTION TO EXPAND THE SCOPE OF DEFENDANT'S BOND

Now comes Defendant, **MARY GURIN**, by and through her attorneys, **RICHARD M. BEUKE** and **DAVID J. PEILET**, and moves this Court to expand the scope of Defendant's bond by allowing her to perform family-related travel.

In support of this request, the following is submitted:

1. On May 1, 2008, the Defendant was arraigned and entered a plea of not guilty to all counts of the superseding indictment.

2. Pretrial services has been supervising Defendant's bond. The Defendant has been in full compliance with all the terms of her bond.

3. The Defendant's fifteen-year-old daughter now lives in Florida with her father after having moved there from the Defendant's home on November 20, 2007. Her daughter's father is not allowing her to visit Defendant during the summer due to all the media coverage of the case.

4. Since Defendant will not be able to see her daughter until after the trial, she is requesting the dates of May 19, 2008 – May 25, 2008 to go to Florida to visit her daughter. She would be flying on United Airlines. Please see Exhibit 1 for Defendant's travel itinerary.

5. Defendant would stay in Orlando at the Disney Pop Country Hotel. The phone number for this hotel is 1-407-DISNEY, and her reservation number is 381261430991.

6. Pretrial Services has been notified and has no objection to Defendant's motion.

7. The Assistant United States Attorney, Sharon Fairley, has been notified.

**WHEREFORE**, it is requested that the Defendant's bond be expanded and she be given permission for family-related travel.

Respectfully submitted,

_____
One of Defendant's Attorneys
Defendant – Mary Gurin

**RICHARD M. BEUKE**
**ATTORNEY AT LAW**
**53 W. JACKSON BOULEVARD**
**SUITE 1410**
**CHICAGO, ILLINOIS 60604**
**(312) 427-3050**

**DAVID J. PEILET**
**ATTORNEY AT LAW**
**53 W. JACKSON BOULEVARD**
**SUITE 1410**
**CHICAGO, ILLINOIS 60604**
**(312) 322-0009**