# UNITED

## My itineraries :: My itinerary details

Print Itinerary       View E-receipt

Your confirmation number is: TRJJLS

Travel tools: Change itinerary | Seat assignment

**Total price: USD 572.02**                                                    View or as breakdown

**Mon, May 19, 2008 - Chicago, IL (ORD) to Orlando, FL (MCO)**

| United 1532 | Depart: ORD | Non-stop | Fare basis code: | Flight: Confirmed |
| Operated by United For Ted | 01:42 PM | 2h 38m | SRA7NS | N/A |
|  | Arrive: MCO | Airbus A320 | Booking class: S |  |
|  | 05:20 PM | 1,005 miles traveled | Economy |  |
|  |  |  | 1,005 Award miles |  |
|  |  |  | Food for Purchase |  |

**Sun, May 25, 2008 - Orlando, FL (MCO) to Chicago, IL (ORD)**

| United 1495 | Depart: MCO | Non-stop | Fare basis code: | Flight: Confirmed |
| Operated by United For Ted | 12:15 PM | 2h 52m | WA7NMX | N/A |
|  | Arrive: ORD | Airbus A320 | Booking class: W |  |
|  | 02:07 PM | 1,005 miles traveled | Economy |  |
|  |  |  | 1,005 Award miles |  |
|  |  |  | Food for Purchase |  |

PenaltyCXL BY FLT DATE OR NOVALUE
NONREF/CHG FEE PLUS FARE DIF/

**Additional information: Check-in information**
Please note that valid, government-issued photo identification must be presented at check-in.

| Change itinerary | Seat assignment | Upgrade | Refund |

Please note: You will need to login with your Mileage Plus account information to complete these functions.

**All passengers**

| Name: | MARY MS GURIN | Flight | Seat |
| Mileage Plus number: |  | 1532 | Seat assignment |
|  |  | 1495 |  |

Meal request:

Special service request:

Other mileage carrier:

Other mileage number:

Phone: 630-7150706

Email: PROBODYBUILDERIX@HOTMAIL.COM

| Name: | NATALIA MS GURIN | Flight | Seat |
| Mileage Plus number: |  | 1532 | Seat assignment |
|  |  | 1495 |  |

Meal request:

Special service request:

Other mileage carrier:

Other mileage number:

Copyright | About United | Investor relations | Business resources | Careers | See map

Compatible browsers | Terms and conditions | Privacy | Special Terms and Conditions | © 2008 United Air Lines Inc.

---

Handwritten annotations:
- Disney
- Party / MARN069791
- Room / 381261430991
- Car / E0052455497





**Travel Itinerary** — Confirmation no.: TQ1KXK

**CHICAGO/OHARE to ORLANDO/INTL departing Monday, May 19**

TED 1532 *
Depart: CHICAGO/OHARE 1:42 PM
Arrive: ORLANDO/INTL 5:20 PM
Seat(s):
NONSTOP
Equip. 32S
MP miles: 1005
UNITED ECONOMY
In-Flight services:
Meal:

* OPERATED BY UNITED FOR TED

**ORLANDO/INTL to CHICAGO/OHARE departing Sunday, May 25**

TED 1495 *
Depart: ORLANDO/INTL 12:15 PM
Arrive: CHICAGO/OHARE 2:07 PM
Seat(s):
NONSTOP
Equip. 32S
MP miles: 1005
UNITED ECONOMY
In-Flight services:
Meal:

* OPERATED BY UNITED FOR TED

**E-ticket receipt**

Confirmation no.: TQ1KXK   Issued: 05 MAY 08
Number in party: 1

Name: GURIN/BRIAN J MR
Ticket no.: 0162175496407
Mileage Plus® no.: 03193 687 830

Per passenger
Base fare: 0.00USD
Tax/Fee/Charge: 5.00 AY (Federal excise taxes)
Total: 5.00 USD

Fare details: Fare Basis XY
FC 19MAY CHI UA ORL 0.00XY UA CHI 0.00XY NUC0.00END ROE1.0

I.D. REQUIRED - VALID UA ONLY
NOMP/TRANS/UG/DBC
VALID ON UA ONLY

Payment information:
CERT0160121231 2892 $0.00USD
BAXXXXXXXXXXXX0418 $5.00USD

**EasyCheck-in online**
Check in for your flight from home! Customers departing from the U.S. on a United, United Express or Ted flight can confirm upgrades, select seats and print boarding documents. By printing your boarding documents through united.com, you can proceed directly to security.

**To Ensure Mileage Plus Credit**
Please confirm your Mileage Plus number is included in your reservation and keep your original boarding pass and E-Ticket receipt until all flights are credited.

United carrier passenger notices

© 2007 United Air Lines, Inc.

Want to race through your inbox even faster? Try the full version of Windows Live Hotmail. (It's free, too.)

© 2008 Microsoft | Privacy | Legal                                   Help Central | Account | Feedback