IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) No. 07 CR 732-1 |
| vs. | ) Honorable James B. Moran |
| | ) |
| MARY GURIN, | ) |
| | ) |

TO:   SEE SERVICE LIST

## NOTICE OF MOTION & CERTIFICATE OF SERVICE

YOU ARE HEREBY NOTIFIED that on  Thursday, the 15th day of May, 2008, at the hour of 9:00 AM or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Moran or any judge sitting in his/her stead in the Courtroom usually occupied by him/her at the United States District Court, Northern District Chicago, Illinois, Room 1843, and then and there present the attached Motion, at which time you may appear if you see fit.

DATED this 14th day of May 2008.

DAVID J. PEILET

The undersigned being duly sworn, says that on the 14th day of May, 2008, he/she served a copy of this note to the person (s) indicated above by:

__XX__    By personally delivering a copy thereof to each party or person as addressed above.

_____  By depositing a copy thereof, enclosed in an envelope, in the United States Mail at Chicago, Illinois, proper postage prepaid before the hour of 6:00 p.m., addressed above.

_____  By Fax.

Subscribed and Sworn before me this
14th Day of May 2008.

NOTARY PUBLIC

OFFICIAL SEAL
JENNYBEE A LINO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:10/10/11

## SERVICE LIST
United States vs Mary Gurin, Case Number 07 CR 732-1

**Honorable James B. Moran**
**219 S. Dearborn Street**
**Room 1843**
**Chicago, Illinois 60604**

**United States Attorney's Office**
**219 South Dearborn Street, 5th floor**
**Chicago, Illinois 60604**

**Pretrial Services**
**219 S. Dearborn Street**
**Room 15-100**
**Chicago, Illinois 60604**