# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.                                  Case No.: 1:07−cr−00732
                                       Honorable James B. Moran

Mary Gurin, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable James B. Moran as to Mary Gurin:Defendant's motion to expand the scope of bond [59] is granted as to Mary Gurin (1). Mary Gurin is allowed to travel to Florida from May 19, 2008 to May 25, 2008 for visitation of family. Motion hearing held on 5/15/2008 regarding motion for miscellaneous relief[59]. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.