## United States District Court, Northern District of Illinois

07 GJ 500

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COX |
|---|---|---|---|
| CASE NUMBER | 07 CR 0732 | DATE | JULY 2, 2008 |
| CASE TITLE | US v. MARY GURIN & NORINYE BENITEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the ___SPECIAL MARCH 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _[signature]_

DOCKET ENTRY:

# 07 CR 732

BOND PREVIOUSLY SET IN 07 CR 732 TO STAND AS TO BOTH DEFENDANTS.

**JUDGE MORAN**

**MAGISTRATE JUDGE VALDEZ**

**FILED**
JUL 0 2 2008  T.C
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials / Date/time received in Central Clerk's office

Number of notices / Date docketed / Docketing dpty. initials / Date mailed notice / Mailing dpty. initials / DOCKET#