# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                               Case No.: 1:07−cr−00732
                                                   Honorable James B. Moran

Mary Gurin, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable James B. Moran as to Mary Gurin & Norinye Benitez:Status hearing held on 8/12/2008 and continued to 9/9/2008 at 09:15 AM. as to Mary Gurin and Norinye Benitez. Time is excluded in the interest of justice pursuant to 18:3161(h)(8)(A)(B) beginning on 8/12/2008 and ending on 9/9/2008. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.